UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAMON TIRELL TURNER,              **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### Felon in Possession of a Firearm

Between on or about December 31, 2023, and January 4, 2024, in Berrien County, in the Southern Division of the Western District of Michigan,

LAMON TIRELL TURNER,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Sig Sauer 9-millimeter semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney